NUMBER 13-02-195-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

OFELIO
MUNIZ, JR.,                                                             Appellant,

 

                                                   v.

 

JIM
SCHEOPNER, ROBERT S. ARCHER, 

AND JOE VASQUEZ,                                                            Appellees.

____________________________________________________________________

 

                        On appeal from the 197th District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 

 

Appellant, OFELIO MUNIZ, JR., perfected an appeal from
a judgment entered by the   197th
District Court of Cameron County, Texas, in cause number 2001-05-2390-C.  The clerk=s record was received
on May 3, 2002.  
Appellant has failed to tender the $125.00 filing fee.

On May 15, 2002, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 42.3(c).  Appellant was advised that if the filing fee
was not paid within ten days from the date of receipt of this Court=s notice, the appeal
would be dismissed.  To date, appellant
has failed to respond.

The Court, having examined and fully considered the documents on file,
appellant=s  failure to tender the $125.00 filing fee, this
Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P. 47.3.

Opinion delivered and
filed

this the 20th
day of June, 2002